No. 99. LEVIN ET AL. *v.* GREAT WESTERN SUGAR Co. ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE WHITE took no part in the consideration or decision of this petition. *Ralph Wienshienk, Irving Sonnenschein,* and *Bernard Rothman* for petitioners Levin et al. *Simon H. Rifkind, William L. Dill, Jr.,* and *Donald B. Kipp* for respondents. ▮

No. 116. LIFSCHUTZ *v.* SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN MATEO. Sup. Ct. Cal. Motions of California State Psychological Assn., American Psychiatric Assn., and National Association for Mental Health for leave to file briefs as *amici curiae* granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Kurt W. Melchior* for petitioner. *Warren E. Magee* on the motion for American Psychiatric Assn. *William C. Schaab* for National Association for Mental Health as *amicus curiae* in support of the petition.

No. 202. BATTAGLIA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Maurice J. Walsh* and *Carl M. Walsh* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Edward Fenig* for the United States. ▮

No. 304. DUFFY, ANCILLARY ADMINISTRATRIX *v.* WHARTON, ADMINISTRATOR. Ct. App. Md. Motion to dispense with printing petition granted. Certiorari denied.